THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
    PETRIUS C. VON DEN CORPUT, Appellant.

(Argued January 29, 1917; decided February 27, 1917.)

APPEAL from a judgment of the Court of General Sessions of the Peace in the county of New York, rendered October 28, 1915, upon a verdict convicting the defendant of the crime of murder in the first degree.

*William Travers Jerome* for appellant.

*Edward Swann, District Attorney (Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO and POUND, JJ. Concur under provisions of section 542 of the Code of Criminal Procedure: HOGAN and CRANE, JJ.